# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Pepper, Pamela | 2. Court or Organization<br><br>United States District Court, E.D. Wisconsin | 3. Date of Report<br><br>06/22/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

| 7. Chambers or Office Address<br><br>517 E. Wisconsin Ave., Room 271<br>Milwaukee, WI 53202 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Ex-officio director | Eastern District of Wisconsin Bar Association |
| 2. Member, Board of Directors | American Bankruptcy Institute |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | State Bar of Wisconsin, Bankruptcy, Insolvency and Creditors Rights Section | 3/3/2016 to 3/4/2016 | Kohler, WI | Bankruptcy Seminar (speaker) | Meals, hotel room |
| 2. | Cornell Law School | 4/7/2016 to 4/8/2016 | Ithaca, NY | Judge Moot Court competition | Flight, meals, hotel room |
| 3. | American Bankruptcy Institute Annual Spring Meeting | 4/13/2016 to 4/16/2016 | Washington, DC | Bankruptcy Seminar | Flight, meals, hotel room |
| 4. | Bankruptcy Association of Southern Illinois | 5/5/2016 to 5/6/2016 | Fairview Heights, IL | Bankrutpcy Seminar | Flight, meals, hotel room |
| 5. | Iowa Bankruptcy Conference | 9/8/2016 to 9/9/2016 | Cedar Rapids, IA | Bankruptcy Conference | Flight, meals, hotel room |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pepper, Pamela** | 06/22/2017 |

| 6. | National Conference of Bankruptcy Judges | 10/27/2016 to 10/29/2016 | San Francisco, CA | Bankruptcy Conference | Flight, meals, hotel room |
|---|---|---|---|---|---|
| 7. | American Bankruptcy Institute Winter Leadership Conference | 11/30/2016 to 12/3/2016 | Rancho Palos Verdes, CA | Bankruptcy Conference | Flight, meals, hotel room |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pepper, Pamela** | 06/22/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, Pamela | 06/22/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Penn Mutual Variable Universal Life: Ssg Index 500 Fund | B | Interest | K | T | | | | | |
| 2. Penn Mutual Variiable Universal Life: T. Rowe Price Flexibly Mg'd Fund | B | Interest | K | T | | | | | |
| 3. The Principal Adjustable Life | A | Dividend | K | T | | | | | |
| 4. U.S. Savings Bonds, Series EE | A | Interest | J | T | | | | | |
| 5. PNC Bank Cash Accounts | A | Dividend | J | T | | | | | |
| 6. IRA #2 | | | | | | | | | |
| 7. --Edward Jones Growth Fund of America | A | Dividend | J | T | | | | | |
| 8. --Edward Jones Principal Capital Appreciation Fund | D | Dividend | K | T | | | | | |
| 9. --Edward Jones Principal Equity Income Fund | D | Dividend | K | T | | | | | |
| 10. --Edward Jones Pi SMALLCAP Blend Fund | A | Dividend | J | T | | | | | |
| 11. --Edward Jones Pi Real Estate Securities fund | A | Dividend | K | T | | | | | |
| 12. --Edward Jones Pi Diversified International | A | Dividend | J | T | | | | | |
| 13. --Edward Jones Principal Midcap Fund | E | Dividend | L | T | | | | | |
| 14. Edward Jones--American Funds High Income Muni Bond Fund | A | Dividend | J | T | | | | | |
| 15. Voya 529 Balanced Option Class C | A | Dividend | J | T | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, Pamela | 06/22/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
| --- | --- |
| Pepper, Pamela | 06/22/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Pamela Pepper**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544